**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Tanisia Bowman

                Plaintiff,

v.

Three Bird Nest, LLC

                Defendant.

Case No.: 1:25–cv–10956
Honorable Jeffrey I Cummings

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 11, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed plaintiff's notice of settlement [21], which indicates that the parties have reached an agreement to resolve this matter and anticipate executing the settlement agreement and seeking dismissal in forty–five days. To effectuate the parties' intent, this case is dismissed without prejudice and with leave to reinstate on or before 4/17/26. If no motion to reinstate or for extension of time is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.